STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant DICKMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-722 MMC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE TRAVEL CONDITION** |
| v. | ) | |
| KRISTOPHER DICKMAN, | ) | |
| Defendant. | ) | |

The defendant Kristopher Dickman would like to modify his bond conditions to allow for travel to the Western District of Texas, namely, Austin Texas, to attend a corporate training at recent employment Mr. Dickman has secured.  The dates of the corporate training is August 11-12, 2016.   Mr. Dickman will return to this District on August 12, 2016.

The Government has been contacted and has no objection to this request. Pretrial Services officer Brad Wilson also has been contacted about this request and has no objection to the request, provided that Mr. Dickman provide him with information as to his whereabouts pursuant to his regular reporting requirements.

For the reasons stated herein, Mr. Dickman thus requests the Court to grant his request to travel out of district to the Western District of Texas on the dates specified, for work-related

//

Travel Condition Order- CR 12-722 MMC

travel.

Date: 8/10/2016           /s/_____
                          ELIZABETH M. FALK
                          Chief Assistant Federal Public Defender

Date: 8/10/2016           /s/_____
                          KYLE WALDINGER
                          Assistant United States Attorney

**IT IS SO ORDERED.**

Date: 8/10/2016           _____

                          HON. LAUREL BEELER
                          United States Magistrate Judge

Travel Condition Order- CR 12-722 MMC         2