UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 12-0722 MMC |
| Plaintiff, ) | **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |
| v. ) | |
| KRISTOPHER DICKMAN, ) | |
| Defendant. ) | |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States and the defendant's plea agreement entered on December 6, 2013, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. Samsung Phone DEC268435461712134289

b. One Asus Laptop

c. One Toshiba Satellite Laptop

d. One Apple MacBook Pro

1     e. Western Digital 350 GB Hard Drive

2     f. Maxtor 250 GB Hard Drive

3     g. Hitachi 320 GB Hard Drive

4     h. One "My Touch" Cell Phone no battery

5     i. Nokia Cell Phone no battery IME 012569

6     j. Nokia N900 no batter IC: 661E-RX51

7     k. LG Cell Phone S/N 204HPYR0077154

8     l. IPhone 3 IC IP 579C-A1303A

9     m. IPhone 4 IC 579C-E2380B

10    n. Scan Disk Micro SD

11    o. Transcend 2 GB Media Card

12    p. Toshiba 1GB Media Card

13    q. Panasonic Media Card 8MB

14    r. Scan disk 1GB mini

15    s. Kingston 2GB Thumb drive

16    t. Fairmont 2GB Thumb drive

17    u. White Thumb drive with band aid

18    v. 'Square' Credit Card Reader for Iphone

19    w. Credit Card Reader with cord MSR606A611509

20    x. Brother DS600 Scanner V54473C2S103199

21    y. Credit Card Reader MSR605A512020163

22    z. Miscellaneous computer cords

23    aa. Miscellaneous power cords

24    bb. Miscellaneous documents, wallets, bags, Edson's wallet with contents

25    cc. Miscellaneous driver's licenses

26    dd. High Power wireless G USB Adaptor

27    ee. Logitech Mouse M305

28

ff. Boynq Compact Flash micro drive

gg. Embosser with Guess Roller Bag

hh. Glass Pipe

ii. Miscellaneous Credit Cards, Larisa Esquiel Credit Card, Kristopher Dickman Credit Card, Juliet Edson Credit Card and Miscellaneous Plastic Cards

18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1029(c)(1)(C) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel within (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 25th day of May 2018.

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 12-0722 MMC  3